# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRELL PARKER and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST BANK, *et al*,<br><br>Defendants. | No.: 3:09-0706<br><br>DISTRICT JUDGE ECHOLS<br><br>MAGISTRATE JUDGE GRIFFIN<br><br>CLASS ACTION<br><br>JURY DEMANDED |

### AFFIDAVIT OF CLINTON H. SCOTT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

I, Clinton H. Scott, under penalty of perjury hereby declare as follows:

1. I am admitted to practice law in Tennessee. I am a member of good standing of the bar in Tennessee. My Tennessee Board of Professional Responsibility Number is 023008.

2. I graduated from Mississippi State University in 1998 with a bachelor's in business administration. I then graduated from the University of Memphis Law School in 2003 *magna cum-laude*.

3. I am admitted to practice in the state courts of Tennessee, the Western District of Tennessee and the Middle District of Tennessee.

4. I am experienced in litigating class actions. I have worked and am currently working on various class actions in Federal Court, including, but not limited to *Todd v. Retail Concepts*, Docket No. 07-0788 (M.D. Tenn.); *Plank v. Abuelo's*, Docket No. 07-02442 (W.D. Tenn.); *Garland v. Verizon*, Docket No. 08-4323 (N.D. Pa.); *Parker v. First-Citizens*, Docket

No. 09-588 (M.D. Tenn.); *Garland v. Memphis-Shelby County Airport Authority*, Docket No. 09-2749 (W.D. Tenn.); *Kimbell v. Budget Brakes*, Docket No. 08-01175 (M.D. Tenn.); *Johnson v. ECT Controls*, Docket 09-00130 (M.D. Tenn.); *Anderson v. Kilgore*, Docket No. 08-01095 (W.D. Tenn.); and *Bellman v. Addeco*, Docket No. 09-05165 (E.D. N.Y.).

5. In my opinion, the settlement in this case is fair, adequate, and reasonable.

6. During the course of providing notice to the Class Members, I received phone calls from three individuals inquiring as to the settlement. Each had seen the notice posted on the AMTs at Issue. Unfortunately, each of the individuals was a SunTrust Bank customer and was not a member of the class.

7. I also spoke with a fourth individual that submitted a claim form. Once again, however, this individual was not part of the class because he was a customer of SunTrust Bank.

FURTHER AFFIANT SAITH NOT.

_____
CLINTON H. SCOTT

Sworn and subscribed before me this the 27 day of April, 2010.

_____        My Commission Expires: 9/24/13
NOTARY PUBLIC

[Notary Seal: BARBARA SMITH, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF MADISON]