

About SunTrust | Contact Us | Customer Service | ATM/Branch Locator

**Terrell Parker v. SunTrust Bank**

## Class Action Settlement Information

Welcome to the settlement information website for *Terrell Parker v. SunTrust Bank*. This website describes the case and the settlement between Terrell Parker ("Plaintiff") and SunTrust Bank ("Defendant").

We have tried to design this website to help you get information about the proposed settlement of this case. If necessary, however, you can also contact Class Counsel for further information:

J. Brandon McWherter
Clinton H. Scott
Gilbert Russell McWherter PLC
101 North Highland Avenue
Jackson, TN 38301
731.664.1340

**DO NOT CONTACT THE COURT FOR INFORMATION.**

This case is currently pending in the United States District Court for the Middle District of Tennessee as Case No. 3:09-0706. The District Judge assigned to this case is the Honorable Robert L. Echols. To see a copy of the Complaint, click here.

In the Lawsuit, Plaintiff alleges that Defendant violated the Electronic Fund Transfer Act, 15 U.S.C. § 1693 *et seq.*, by not providing the required on-machine notice of automated teller machine ("ATM") fees. To see a copy of the class action publication notice, click here.

Defendant denies Plaintiff's claims of wrongdoing but has agreed to settle all claims against it to avoid the expense of continued legal proceedings. To see a copy of the Settlement Agreement, click here.

The Court has certified a class for settlement purposes and preliminarily approved a class action settlement in this case. To see a copy of the Preliminary Approval Order, click here.

The links below provide information about who is a Class Member, the terms of the Settlement Agreement and how Class Members can participate in, object to, or exclude themselves from, the class action settlement of this case.

**All Potential Class Members**

To find out if you are a Class Member, click here.

If you want to receive money from the Settlement Fund, click here.

If you do not want to be a Class Member (or receive any money from the Settlement Fund), click here.

If you want to object to the settlement of this case as a class action or to the terms of the Settlement Agreement, click here.



EXHIBIT C

SunTrust Home | About SunTrust | ATM/Branch Locator | Online Fraud

Privacy, Security & Fraud | Terms & Conditions | ©2010 SunTrust Banks, Inc. SunTrust is a federally registered service mark of SunTrust Banks, Inc. Live Solid. Bank Solid. is a service mark of SunTrust Banks, Inc.
SunTrust Bank  Equal Housing Lender - Member FDIC

Securities and Insurance Products and Services:

| Are Not FDIC or any other Government Agency Insured | Are Not Bank Guaranteed | May Lose Value |
| --- | --- | --- |

Services provided by the following affiliates of SunTrust Banks, Inc.: Banking and trust products are provided by SunTrust Bank, a member of the FDIC. Securities, Insurance and other investment products and services are provided by
SunTrust Investment Services, Inc., a registered broker/dealer and a member of the FINRA and SIPC